UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEBORAH SEIGLA,

     Plaintiff

     v.                  C-1-10-403

MOUNTAIN CREST NURSING &
REHABILITATION

     Defendant

**ORDER OF DISMISSAL**

    Counsel having advised the Court that the above action has been settled as to all claims;

    **IT IS ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

                     s/Herman J. Weber

                   Herman J. Weber, Senior Judge

                   United States District Court